UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:19-CV-205-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 18, 2020, and Copies To:**
Derrick Kyle Arrowood             (via CM/ECF electronic notification)
David N. Mervis                   (via CM/ECF electronic notification)

DATE:                             PETER A. MOORE, JR., CLERK
June 18, 2020                     (By) /s/ Nicole Sellers
                                        Deputy Clerk