UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY WOOTEN, ) </br> ) </br>        Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ANDREW M. SAUL, Commissioner of Social ) </br> Security, ) </br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br></br> **CASE NO. 7:19-CV-205-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick Kyle Arrowood, the sum of $15,000.00, sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,700.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on June 30, 2021, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Casia W. Parson | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |

DATE:                                 PETER A. MOORE, JR., CLERK
June 30, 2021                (By) /s/ Nicole Sellers
                                     Deputy Clerk